1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAIME AVILES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-07215-CBM-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Judgment shall be entered consistent with this Order.

3. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: MAY 31, 2024

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE