JS-6

1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

12  | JAIME AVILES, et al.,

13  |       Plaintiffs,   No. 2:23-cv-07215-CBM-BFM

14  |       v.   **JUDGMENT**

15  | LOS ANGELES COUNTY
16  | DEPARTMENT OF CHILDREN
    | AND FAMILY SERVICES, et al.,
17  |       Defendants.

18

19      Pursuant to the Order accepting the Magistrate Judge's Report and

20  Recommendation,

21      IT IS ADJUDGED that the First Amended Complaint in this matter is

22  denied and the action is dismissed without prejudice.

23

24  DATED: MAY 31, 2024

25  _____
    HON. CONSUELO B. MARSHALL
    UNITED STATES DISTRICT JUDGE

26
27
28